**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2356**

_____

WILLIAM VERRINDER,

Plaintiff – Appellant,

v.

WAL-MART CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:13-cv-00395-TDS-LPA)

_____

Submitted:  January 23, 2014          Decided:  January 27, 2014

_____

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Verrinder, Appellant Pro Se. Julie Kerr Adams, LITTLER MENDELSON PC, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Verrinder appeals the district court's orders denying relief on his complaint for wrongful termination and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Verrinder v. Wal-Mart Corp., No. 1:13-cv-00395-TDS-LPA (M.D.N.C. Aug. 2 & Nov. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED